**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000431
24-OCT-2025
07:56 AM
Dkt. 166 ODMR**

NO. CAAP-23-0000431

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DANIEL M. SANDOMIRE; KATY YEN-JU CHEN; TRUDI MELOHN,
individually and as Co-Trustee under the William
Charles Melohn III Revocable Trust dated June 4, 2010
and Co-Trustee under the Trudi Melohn Revocable Trust
dated June 4, 2010; and WILLIAM CHARLES MELOHN III,
individually and as Co-Trustee under the William
Charles Melohn III Revocable Trust dated June 4, 2010
and Co-Trustee under the Trudi Melohn Revocable Trust
dated June 4, 2010, Plaintiffs-Appellees, v.
DAVID EDWARD BROWN and LANHUA KAO BROWN,
Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC151002267)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Wadsworth, Presiding Judge, and McCullen and Guidry, JJ.)

Upon consideration of the Motion for Reconsideration of Summary Disposition Order (Dkt. 162), filed on October 14, 2025, by Self-represented Defendants-Appellants David Edward Brown and Lanhua Kao Brown (Appellants), and the record, it appears that:

(1) Appellants seek reconsideration of this court's Summary Disposition Order, filed on October 8, 2025;

(2) Appellants do not present new evidence or arguments that could not have been presented in their opening brief, filed on September 13, 2023, see Citizens for Equitable & Responsible Gov't v. Cnty. of Hawaiʻi, 108 Hawaiʻi 318, 335, 120 P.3d 217, 234 (2005); and

(3) Appellants present no point of law or fact that this court overlooked or misapprehended. See Hawaiʻi Rules of

Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration of Summary Disposition Order (Dkt. 162) is denied.

DATED:  Honolulu, Hawaiʻi, October 24, 2025.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge